UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LOUISE FOWLER,

    Plaintiff,

v.

    Civil No. 1:18-cv-50

    Magistrate Judge Ray S. Kent

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

    Defendant.

_____/

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Dated: May 22, 2018.

    /a/ Ray Kent
    Hon. Ray S. Kent
    U.S. Magistrate Judge